

**Entered on Docket**
**March 15, 2010**

_____
Hon. Linda B. Riegle
**United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.
10-70361

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re:

Guilllermo Marquez and Angela Marquez

                    Debtors.

BK-S-09-28456-lbr

Date: 3/3/2010
Time: 2:30 pm

Chapter 7

## ORDER VACATING AUTOMATIC STAY

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

Secured Creditor BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P., its

assignees and/or successors in interest, of the subject property, generally described as 7559 Rustic

Galleon Street, Las Vegas, NV 89139, and legally described as follows:

> LOT 97 IN BLOCK 1 OF PASEO III @ PINNACLE PEAKS, AS SHWON BY MAP
> THEREOF ON FILE IN BOOK 112 OF PLATS, PAGE 86, IN THE OFFICE OF THE
> COUNTY RECORDER OF CLARK COUNTY, NEVADA.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall**

**give Debtors at least seven business days' notice of the time, place and date of sale.**

DATED this _____ day of _____ 2010

Submitted by

**WILDE & ASSOCIATES**

By: ___Gregory L. Wilde, Esq___
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

By:_____
David Krieger
1020 Garces Ave.
Las Vegas, NV 89101
Attorney for Debtor(s)


APPROVED / DISAPPROVED

By:_____
James F. Lisowski, Sr.
P.O Box 95695
Las Vegas, NV  89193
Chapter 7 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_  The court waived the requirements of LR 9021.

\_\_\_\_  No parties appeared or filed written objections, and there is no trustee appointed in the case.

\_\_\_\_  No parties appeared or filed written objections, and the trustee is the movant.

\_\_x\_\_  This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:

\_\_\_\_\_  approved the form of this order          \_\_\_\_\_  disapproved the form of this order

\_\_\_\_\_  waived the right to review the order and/or   \_\_x\_\_  failed to respond to the document

\_\_\_\_\_  appeared at the hearing, waived the right to review the order

\_\_\_\_\_  matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_\_  approved the form of this order          \_\_\_\_\_  disapproved the form of this order

\_\_\_\_\_  waived the right to review the order and/or   \_\_x\_\_  failed to respond to the document


\_\_\_\_\_  This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

\_\_\_\_\_  approved the form of this order          \_\_\_\_\_  disapproved the form of this order

\_\_\_\_\_  waived the right to review the order and/or   \_\_\_\_\_  failed to respond to the document

\_\_\_\_\_  appeared at the hearing, waived the right to review the order

\_\_\_\_\_  matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_\_  approved the form of this order          \_\_\_\_\_  disapproved the form of this order

\_\_\_\_\_  waived the right to review the order and/or   \_\_\_\_\_  failed to respond to the document


\_\_\_\_\_  I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.


Submitted by:

 /s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor